THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* THEODORE JONES, True Name EUGENE LEVENGER, Alias EUGENE LUCAS, Appellant.

Submitted July 8, 1955; decided July 8, 1955.

*Theodore Jones,* in person, for motions.

*Frank S. Hogan, District Attorney,* for the People of the State of New York.

Motion to have appeal heard upon the original record and for assignment of counsel granted and Milton Schilback, Esq., 70 Pine Street, New York City, assigned as counsel to defendant on the appeal herein.

Motion for enlargement of time granted and case set down for argument during the October, 1955, session of the Court of Appeals.